That the liquidation was not based upon said appraised values as set forth hereinabove. That on liquidation of the entry, duty was incorrectly assessed on Item 86/7517 on a value of $0.384 per set, on Item 86/7544 on a value of $0.92 per set, and on Item 86/7545 on a value of $1.61 per set. That the values on which duty was assessed on liquidation were higher than the appraised values, and that as a result, excessive duties were assessed on liquidation of the entry.

That this protest may be deemed submitted on this stipulation and the record thus made.

Accepting this stipulation as an agreed statement of facts and on authority of *Gerhard & Hey Co., Inc.* v. *United States*, 38 Cust. Ct. 500, Abstract 60751, the protest claim that the liquidation at values other than the final appraised values is erroneous is sustained as to item Nos. 86/7517, 86/7544, and 86/7545 on the invoice of the entry in this protest.

As to all other claims and all other item merchandise, the protest is overruled.

Judgment will be entered accordingly.

No. 69697.—Parksmith Corp. *v.* United States, protests 270515–K, etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of chinaware cups and saucers, not chiefly used as tableware, but chiefly used as souvenir articles, the claim of the plaintiff was sustained.

No. 69698.—Parksmith Corp. *v.* United States, protest 65/12865 (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise (invoice item NN 764 and 6204) consists of earthenware coin banks, which are not tableware, kitchenware, or table or kitchen utensils, and that they are valued under $3 per dozen, the claim of the plaintiff was sustained.

No. 69699.—Malt Diastase Co. *v.* United States, protests 64/13417 and 65/1038 (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of dehydrated leek flakes similar in all material respects to those the subject of *Corn Products Co.* v. *United States* (55 Cust. Ct. 152, C.D. 2567), the claim of the plaintiff was sustained.